

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00697-CR

Leslie **COLLINS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8675
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On December 18, 2014, appellant, Leslie D. Collins, filed a pro se motion to dismiss her appeal. The motion is signed only by Collins and is not signed by her court-appointed appellate attorney. A voluntary motion to dismiss a criminal appeal must be signed by appellant and her attorney. TEX. R. APP. P. 42.2(a). Accordingly we **deny** the motion without prejudice to the refiling of a motion that complies with the Texas Rules of Appellate Procedure.

We further **order** the clerk of this court to send a copy of this order to appellant and to the attorneys of record.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court